UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LYDIA D. SCHULTZ                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:06cv449-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                      DEFENDANT

## ORDER

In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

The [48] Order of the United States Magistrate Judge granting Defendant's [26] Motion for Protective Order is **AFFIRMED**, and the [55] Plaintiff's Objections to Magistrate Judge's [49] Protective Order are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiff has failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

**SO ORDERED** this the 25th day of April, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE